UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Order of Restitution** |
|---|---|
| v. | S1 16 Cr. 580 (PAC) |
| Anny Landron, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, [AUSA NAME] Andrew K. Chan AKC, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Three of the above Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** ANNY LANDRON, the Defendant, shall pay restitution in the total amount of $1.4 million to the victim of the offenses charged in Counts One through Three. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically Lovina Gordils under 18 Cr. 576 (PGG); Carolyn Sosa under 18 Cr. 504 (GBD); Rafael Matias Garcia Taveraz under 17 Cr. 367 (RA); and Angel Curet under 16 Cr. 226 (PKC).

03.14.2019

Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of his loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
      19th day of December, 2019

/s/ Paul Crotty
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Schedule of Victims** |
|---|---|
| v. | **S1 16 Cr. 580 (PAC)** |
| ANNY LANDRON, | |
| Defendant. | |

| Name | Address | Amount of Restitution |
|---|---|---|
| IRS-RACS<br>ATTN: Mail Stop 6261-Restitution<br>RE: Anny Landron, Dt# 16 CR 580-01 (PAC) | 333 Pershing Avenue<br>Kansas City, MO 64108 | $1.4 million |
| **Total** | | $1.4 million |

03.14.2019